DOMINIQUE VERGES *v.* T. G. NOEL, et al.

Where the counsel of the appellee does not file an answer to the appeal, he can be allowed no damages as for a frivolous appeal. His brief is not considered an answer.

APPEAL from the Second District Court of the Parish of Jefferson, *Burthe,* J. *C. Dufour* for plaintiff. *John B. Smith* for defendant and appellant.

HOWELL, J. Appellant was sued as endorser of a note, on which judgment, confirming a default, was rendered against him, upon evidence in the record, consisting of the note, protest and notices of protest.

He has assigned no error nor furnished a brief.

Plaintiff, in his brief, asks for the affirmance of the judgment, with damages for a frivolous appeal.

Having filed no answer to the appeal, as required by Art. 890 C. P., no damages can be awarded. Counsel's brief is not considered an answer. 4 A. 150; 5 A. 146; 8 A. 73.

Judgment affirmed, with costs.

---

THE STATE *v.* C. F. BEHRENS, Clerk, &c.

The clerk of a court has a right to demand security for the cost of the transcript of appeal. He is not forced to rely upon the uncertain security of an appeal bond.

APPEAL from the Third District Court of New Orleans, *Fellowes,* J. *P. S. Biron* for the rule. *E. W. Huntington* for defendant.

HYMAN, C. J. A rule was issued to defendant to show cause why a writ of *mandamus* should not issue, directing him to make out a transcript of appeal in the case of Elijah Bush v. John Barrett, and deliver the same to the applicant, Bush, the alleged appellant in this case.

The clerk showed, for cause, that the applicant had not given security for the cost of the transcript.

The clerk has a right to demand this security before he is required to furnish transcript. See 9th section of an act entitled "an act to regulate and define costs and fees generally," approved March 14th, 1855. See also 6 Rob. Rep. p. 308, *State* v. *Philips.*

He is not forced to rely on the uncertain security of an appeal bond, as contended for by applicant.

Rule discharged.

JONES, J.. absent.